**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edward L Brown <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1178 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–32536–ABA | |

# Order of Discharge                                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Edward L Brown
   aka Edward L. Brown Sr.

7/13/18                                                                                      **By the court:** Andrew B. Altenburg Jr.
                                                                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Edward L Brown
       Debtor

Case No. 13-32536-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jul 13, 2018
                         Form ID: 3180W     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2018.

```
db             +Edward L Brown,    402 E Butler Ave,    Vineland, NJ 08360-7150
cr             +AMERICA' SERVICING COMPANY AS SERVICER FOR DEUTSCH,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK N.A. servicer for Deutsche Bank N,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
514280636      +Adrienne Myers,    1114 Brookdale Terrace,    Millville, NJ 08332-4012
514280639       Cumberland Family Medicine,    1203 N High Street Suite A,    Millville, NJ 08332-2530
514897652      +Deutsche Bank National Trust Company ETAL,    America's Servicing Company,    Mac#D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
514280640      +Deutsche Bank c/o Phelan, Hallinan & Dia,    400 Fellowship Rd    #100,
                 Mt Laurel, NJ 08054-3437
514280643       Millville Family Dental P.A.,    2144 North 2nd Street,    Millville, NJ 08332-1304
514280644      +Nudelman, Klemm & Golub P.C.,    425 Eagle Rock Ave.,    Roseland, NJ 07068-1787
516655937      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516655938      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
514280645      +Universal Payment Corporation,    PO Box 2759,    Pittsburgh, PA 15230-2759
517158976       Wilmington Savings Fund Society, FSB, d/b/a,    ChristianaTrust,as indenture trustee,for,
                 theCSMC 2017-1 Trust,Mortgage-Backed,    Notes,Series2017-1,
                 PO Box 65450, Salt Lake City UT,    84165
517158977       Wilmington Savings Fund Society, FSB, d/b/a,    ChristianaTrust,as indenture trustee,for,
                 theCSMC 2017-1 Trust,Mortgage-Backed,    Notes,Series2017-1,
                 PO Box 65450, Salt Lake City UT, 84165,    Wilmington Savings Fund Society, FSB, d/
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 23:35:52      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 23:35:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514491601      +EDI: WFFC.COM Jul 14 2018 03:13:00      AMERICAS SERVICING COMPANY et al,
                 AMERICAS SERVICING COMPANY,    Attention: Bankruptcy Department,    MAC#D3347-014,
                 3476 Stateview Blvd,    Fort Mill, SC 29715-7203
514280637       EDI: WFFC.COM Jul 14 2018 03:13:00      Americas Servicing Co,    POB 10388,
                 Des Moines, IA 50306-0388
514280638       EDI: RCSFNBMARIN.COM Jul 14 2018 03:13:00      Credit One Bank,    PO Box 60500,
                 City of Industry, CA 91716-0500
514280641       EDI: HFC.COM Jul 14 2018 03:13:00      HSBC,    POB 5249,    Carol Stream, IL 60197-5249
514453286      +EDI: HFC.COM Jul 14 2018 03:13:00      HSBC Mortgage Services, Inc.,    PO Box 21188,
                 Eagan, MN 55121-0188
514510290       EDI: RESURGENT.COM Jul 14 2018 03:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514280642      +E-mail/Text: BKRMailOps@weltman.com Jul 13 2018 23:35:59      Michael J. McCulley,
                 325 Chestnut Street Suite 501,    Philadelphia, PA 19106-2605
                                                                                               TOTAL: 9
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                                               Signature: /s/Joseph Speetjens

```
District/off: 0312-1          User: admin               Page 2 of 2                Date Rcvd: Jul 13, 2018
                              Form ID: 3180W            Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK N.A. servicer for Deutsche Bank
           National Trust Company, As Trustee For Morgan Stanley ABS Capital I Inc. Trust 2006HE4
           nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    AMERICA' SERVICING COMPANY AS SERVICER FOR DEUTSCHE
           BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE4
           nj.bkecf@fedphe.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          R. A. Lebron    on behalf of Creditor    HOUSEHOLD FINANCE CORP III bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    HOUSEHOLD FINANCE CORP III rsolarz@kmllawgroup.com
          Terry  Tucker    on behalf of Debtor Edward L Brown terrytucker@comcast.net
                                                                                             TOTAL: 8
```